IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KARI A. CRUZ GAONA,

Plaintiff,

v.

ORDER

25-cv-927-jdp

FRANK BISIGNANO,

Defendant.

---

Plaintiff has filed an unopposed motion for attorney fees under the Equal Access to Justice Act (EAJA). The court being fully advised, it is hereby ORDERED as follows:

1. Plaintiff is awarded $9,532.12 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under EAJA, 28 U.S.C. § 2412.
2. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Dana Duncan** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Duncan Disability Law, S.C., 555 Birch Street PO BOX 217, Nekoosa, WI 54457.**

Entered October 13, 2026.

BY THE COURT:

JAMES D. PETERSON
District Judge